March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Calvin Lewis    ,
        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED
BY TELECONFERENCE**

21 -CR- 789 ( NSR )( )

Defendant __Calvin Lewis_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_/s/ Calvin Lewis_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Calvin Lewis**
Print Defendant's Name

_/s/ Margaret Shalley_____
Defense Counsel's Signature

**Margaret M. Shalley**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

Feb. 4, 2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022