**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 13, 2022

> Deft's request to adjourn the telephonic Status Conf. from May 13, 2022 until July 28, 2022 at 1:00 pm is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 14.
> Dated: White Plains, NY
> May 16, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

BY ECF
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  US v. Calvin Lewis
     21 Cr. 789 (NSR)

Dear Judge Roman:

    I represent Calvin Lewis in the above-referenced matter. A conference in this case was scheduled for May 13, 2022. The purpose of this letter is to respectfully request a 60-day adjournment of the conference. I apologize for any confusion. My understanding was that it was a teleconference. An additional 60 days will allow counsel to continue reviewing the discovery and discuss a possible pre-trial disposition with the Government. This is the first request for an adjournment of the conference and the Government consents to this request. I have spoken with Mr. Lewis who also consents to the adjournment. The Court's deputy has suggested July 28, 2022, at 1:00 p.m. as an adjourn date for a teleconference. This date works for all counsel. Accordingly, it is respectfully requested that the Court adjourn the conference to July 28, 2022. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(A), counsel and the Government consent to the exclusion of Speedy Trial time until July 28, 2022, in order to provide counsel time to review discovery and discuss a possible pre-trial disposition with Mr. Lewis and the Government.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2022

cc:    AUSA Nicholas Bradley
       (*via ECF*)

1