UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
        USA,

        - against -

    CALVIN LEWIS,

                      Defendant(s).
-------------------------------------------------------x

**SCHEDULING ORDER**

21 Cr. 789 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    **The in-person Status Conference for the above Defendant is scheduled for September 27, 2022 at 11:30 am in Courtroom 218.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, **the Public** may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
              September 21, 2022

SO ORDERED.

*[signature]*

Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022