UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

    - against -

CALVIN LEWIS,

               Defendant.

-------------------------------------------------------X

21 CR 00789-01 (NSR)

ORDER

NELSON S. ROMÁN, U.S.D.J.:

To: U.S. Marshals Service

    It is hereby ORDERED that defendant, CALVIN LEWIS, Reg # 73149-509, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

_____
Nelson S. Román, U.S. District Judge

Dated: White Plains, NY
       January 11, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024