```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :      ORDER
v.                                     :
                                       :      21 CR 789 (VB)
CALVIN LEWIS,                          :
                          Defendant.   :
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/25

This case, which involves a pending violation of supervised release, has been reassigned to the undersigned.

Accordingly, the conference scheduled for September 19, 2025, is rescheduled to **September 11, 2025, at 11:30 a.m.**

Dated: July 7, 2025
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge