UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
　　　　　Plaintiff(s),

v.

__Calvin Lewis__
　　　　　Defendant(s).
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-25
```

**CALENDAR NOTICE**

21 cr 789 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference　　　　___ Final pretrial conference

___ Telephone conference　　___ Jury selection and trial

___ Pre-motion conference　　___ Bench trial

___ Settlement conference　　___ Suppression hearing

___ Oral argument　　　　　　___ Plea hearing

___ Bench ruling on motion　　___ Sentencing

on __9-11-__, 20__25__, at __12:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __9-11-25 at 11:30 AM__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8-4-__, 20__25__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge